**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6063**

CLAYTON WILLIAMS,

                    Plaintiff – Appellant,

          v.

STEVEN RYAN, Physical Therapist; DWAIN M. BREWER, Officer,
CO II; RODERICK R. SOWER, CCE Warden,

                    Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J.  Frederick Motz, District Judge.
(1:07-cv-03461-JFM)

Submitted:  September 4, 2009      Decided:  September 16, 2009

Before TRAXLER, Chief Judge, and WILKINSON and AGEE, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Clayton Williams, Appellant Pro Se.  Rex Schultz Gordon, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clayton Williams appeals the district court's order granting Defendants' summary judgment motion and dismissing his 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Williams v. Ryan</u>, No. 1:07-cv-03461-JFM (D. Md. Nov. 13, 2008). We also deny Williams' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>